IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02219-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KERRY BRENT KAMER,

    Defendant.

---

### ORDER DISMISSING CASE

Pursuant to the Notice of Dismissal, filed November 24, 2006 [2], it is

ORDERED that this civil action is dismissed without prejudice.

DATED: November 24, 2006

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge